JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN L. MILLER, | Case No. CV 15-2285-GW (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| S. ACOSTA, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: July 29, 2020

HONORABLE GEORGE H. WU
United States District Judge